[Criminal No. 74.]

Ex Parte: In the Matter of WILLIAM VARNUM, Petitioner. Habeas Corpus.

APPLICATION for Writ of Habeas Corpus.

G. C. Israel, for Petitioner.

Thos. F. Wilson, U. S. District Attorney, for Respondent.

February 9, 1892. Writ denied.